1
2
3
4      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
5              AT SEATTLE
6

7  UNITED STATES OF AMERICA,
                    Plaintiff,
8                                              No. CR05-0071P
9  v.
                                               ORDER ON DEFENDANT'S
10 GHASSAN HADDAD,                             MOTION FOR BILL OF
                    Defendant.                 PARTICULARS, MOTION FOR
11                                             INSPECTION OF PERSONNEL
                                               FILES OF LAW ENFORCEMENT
12                                             OFFICERS, AND MOTION FOR
                                               NOTICE OF INTENT TO USE 404(b)
13                                              EVIDENCE
14

15
16     This matter comes before the Court on Defendant Ghassan Haddad's Motion for Bill of

17 Particulars (Dkt. No. 74), Motion for Inspection of Personnel Files of Law Enforcement Officers

18 (Dkt. No. 75), and Motion for Notice of Intent to Use 404(b) Evidence (Dkt. No. 76). Having

19 considered Mr. Haddad's motions, the Government's Response and Mr. Haddad's Reply and all other

20 pertinent documents and papers in this case, the Court GRANTS the motion for a bill of particulars

21 and FINDS AS MOOT the Motions for inspection of law enforcement personnel files and for notice

22 of intent to use 404(b) evidence.

23     In Mr. Haddad's motion for a bill of particulars, Mr. Haddad requests that the government be

24 ordered to state the following with respect to count 3:
25
26

ORDER - 1

1. The make, model and serial number of any firearm which is the subject of count 3 dealing in firearms without a license;

2. The date and location of the sale of any such firearms which are the subject of count 3; and

3. The purchaser of the firearms which are the subject of count 3.

The Court finds that the requested information is key to Mr. Haddad's ability to mount a defense against the charge contained in count 3 and orders the Government to disclose this information to the Defendant within ten (10) days of the date of this Order.

Regarding Mr. Haddad's motions for inspection of law enforcement personnel files and for notice of intent to use 404(b) evidence at least 21 days before trial, the Court finds that these motions are now moot because the Government, in its Response (Dkt. No. 81) has agreed to provide Mr. Haddad with the information that he seeks. Should the Government not follow through with this promise, the Court trusts that counsel for Defendant will alert the Court.

The Clerk is directed to send copies of this order to all counsel of record.

Dated: February 8th , 2006

Marsha J. Pechman
United States District Judge

ORDER - 2