UNITED STATES OF AMERICWESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES , <br><br> Plaintiff, <br><br> v. <br><br> GHASSAN HADDAD, <br><br> Defendant | Case No. CR05-71P <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The court **grants** defendant's Motion to Vacate Conditions of Release so that defendant Haddad is relieved from the conditions which include Pretrial Services monitoring and electronic monitoring.

Filed and entered this 19th day of April, 2006.

BRUCE RIFKIN, Clerk

By  /S/  Eileen Scollard

Deputy Clerk

MINUTE ORDER